**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2548**

———————————

L. A. GRIER,

Plaintiff - Appellant,

versus

FIRST MARINER BANK,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CA-00-3135-JFM)

———————————

Submitted:  June 21, 2001            Decided:  June 27, 2001

———————————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Lorenzo Grier, Appellant Pro Se. Thomas Omar Lawson, LAWSON & KIPP, Fairfax, Virginia; John Sears Simcox, Karen Montgomery Crabtree, SIMCOX & BARCLAY, Annapolis, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lorenzo Grier seeks to appeal the district court's order denying his discrimination suit. We dismiss the appeal for lack of jurisdiction, because Grier's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on November 2, 2000. Grier's notice of appeal was filed on December 7, 2000. Because Grier failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2